Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

United States District Court
Southern District of Texas
FILED

MAY 16 2017

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-17-360 |
| LUIS BENITEZ | § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about April 13, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**LUIS BENITEZ,**

who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of a Controlled Substance, in Cause Number 2016-DCR-1391-G, in the 404th Judicial District Court of Cameron County, Texas, did willfully receive a firearm, that is, a Defense Procurement Manufacturing Services, Inc. (D.P.M.S.) semiautomatic AR-15 .223 caliber rifle, Serial Number: DNWC033535, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

### COUNT 2

On or about September 3, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**LUIS BENITEZ,**

knowingly and unlawfully attempted to export from the United States, any merchandise,

article, and object, contrary to any law and regulation of the United States, to wit: did knowingly attempt to and did export and send a firearm, that is, a Defense Procurement Manufacturing Services, Inc. (D.P.M.S.) semiautomatic AR-15 .223 caliber rifle, Serial Number: FFH04122, from the United States to the Republic of Mexico contrary to Title 22, United States Code, Section 2778, a law and regulation of the United States, in violation of Title 18, United States Code, Section 554.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
JUSTIN S. DINSDALE
Assistant United States Attorney